**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  **v.**                              **Crim. Action No.: 2:21CR09**
                                                **(Judge Kleeh)**

**GARRY WILLIAM MORAN, II,**

        **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 11],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On June 8, 2021, the Defendant, Garry William Moran ("Moran"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Counts One and Two of the Information, charging him in Count One with Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C). Count Two of the Information charges Moran with Possession of Counterfeit Obligations, in violation of Title 18, United States code, Section 472. Moran stated that he understood that the magistrate judge is not a United States District Judge, and Moran consented to pleading before the magistrate judge. This Court referred Moran's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the

USA v. MORAN                                                    2:20-CR-31

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 11],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Moran's statements during the plea hearing, and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Moran was competent to enter a plea, that the plea was freely and voluntarily given, that Moran was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [Dkt. No. 11] finding a factual basis for the plea and recommending that this Court accept Moran's plea of guilty to Counts One and Two of the Information.

The magistrate judge **remanded** Defendant to the custody of the U.S. Marshals Service, based on the revocation order in the underlying case. [Dkt. No. 114 in case 2:19cr29-1].

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a

**USA v. MORAN**  2:20-CR-31

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 11], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

judgment of this Court based on the R&R.  Neither Moran nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 11], provisionally **ACCEPTS** Moran's guilty plea, and **ADJUDGES** him **GUILTY** of the crimes charged in Counts One and Two of the Information.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Moran, and prepare a presentence investigation report for the Court;

2. The presentence investigation report shall be disclosed to Moran, his counsel, and the Government on or before **September 6, 2021**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

USA v. MORAN                                                                    2:20-CR-31

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 11],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

3. Counsel may file written objections to the presentence investigation report on or before **September 20, 2021;**

4. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **October 4, 2021;** and

5. Counsel may file any written sentencing memorandum or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **October 18, 2021.**

The Court further **ORDERS** that prior to sentencing, counsel for Defendant review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Moran on **November 8, 2021,** at **1:00 p.m.,** at the **Elkins, West Virginia** point of holding court. If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

**USA v. MORAN** 2:20-CR-31

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 11], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: July 26, 2021.

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE